UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JENNIFER NERMAN,

  Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

Civil No. 07-1720-HA

JUDGMENT

HAGGERTY, Chief Judge:

  The findings of the Commissioner are based upon correct legal standards and are supported by substantial evidence existing in the record. The Commissioner's decision denying Jennifer Nerman's application for benefits must be AFFIRMED.

  IT IS SO ORDERED.

  DATED this   10   day of November, 2008.

             /s/ ANCER L. HAGGERTY
             ANCER L. HAGGERTY
             United States District Judge

1- JUDGMENT